Patrick J. O'Keeffe, appellee, v. Abraham Cohen, appellant. Gen. No. 35,403.

Heard in the second division of this court for the first district at the October term, 1931. 

 Opinion filed February 23, 1932. Rehearing denied March 5, 1932.

Gustav E. Beerly, for appellant. Enright, Steger & Enright, for appellee; D. Ryan ·Twomey, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.